UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 39786
   JAMES MICHAEL ZELINSKI
   JINA LORENE ZELINSKI                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-5761     SSN XXX-XX-7036
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/26/04 and confirmed on 12/30/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 24700.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 2977.52 | .00 | 2977.52 |
| ECAST SETTLEMENT CORP | SECURED | 250.00 | 19.46 | 250.00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 10000.00 | 1132.39 | 10000.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1227.02 | .00 | 223.88 |
| ECAST SETTLEMENT CORP | SECURED | 700.00 | 53.38 | 700.00 |
| JOLIET DOCTORS CLINIC SC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED OPTHALMOLOGIS | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 3929.23 | .00 | 716.91 |
| B FIRST LLC | UNSECURED | 1171.96 | .00 | 213.83 |
| COLDWELL BANKER PROPERTY | UNSECURED | NOT FILED | .00 | .00 |
| CULLIGAN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1486.04 | .00 | 271.14 |
| DISCOVER BANK | UNSECURED | 2673.34 | .00 | 487.76 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2259.65 | .00 | 412.28 |
| MIDWEST NEOPED ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDIT AUDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | 1184.23 | .00 | 216.07 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 9.55 | .00 | 1.74 |
| B FIRST LLC | UNSECURED | 771.86 | .00 | 140.83 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WESMERE COUNTRY CLUB HOA | SECURED | 500.00 | .00 | 500.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 9996.18 | .00 | 1823.86 |
| DAIMLER CHRYSLER FINANCI | SECURED | .00 | .00 | .00 |

```
ECAST SETTLEMENT CORP      UNSECURED       2631.10              .00          480.06
ECAST SETTLEMENT CORP      UNSECURED       1934.10              .00          352.89
        Summary of disbursements:
-----------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14427.52         .00    29274.26        .00       43701.78
PRINCIPAL PAID      14427.52         .00     5341.25        .00       19768.77
INTEREST PAID        1205.23         .00         .00        .00        1205.23
TOTAL PAID          15632.75         .00     5341.25        .00       20974.00
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   1026.00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/19/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                                PAGE   2
     CASE NO. 04 B 39786 JAMES MICHAEL ZELINSKI & JINA LORENE ZELINSKI